STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant JIMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00725-EJD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] ORDER AND EXCLUDING TIME |
| vs. | |
| DAEMON MICHAEL JIMERSON, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Jeffrey Nedrow, and Defendant DAEMON MICHAEL JIMERSON ("Mr. Jimerson"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from November 5, 2012, at 1:30 p.m., to November 26, 2012, at 1:30 p.m.

1. Mr. Jimerson has been indicted for possessing methamphetamine with the intent to distribute, in violation of 21 U.S.C. § 841 (a)(1).

2. A status conference before this Honorable Court has been scheduled for November 5, 2012, at 1:30 p.m.

3. Counsel needs additional time to receive and review the discovery materials, and to meet and to discuss the case with Mr. Jimerson.

4. Mr. Jimerson respectfully requests that the status hearing be continued as requested, and agrees to the exclusion of time from November 5, to November 26, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

5. Accordingly, the parties request that the status hearing be continued from November 5, to November 26, 2012.

IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/s/
Dated: October 31, 2012  _____
ROBERT M. CARLIN
Assistant Federal Public Defender

UNITED STATES ATTORNEY

/s/
Dated: October 31, 2012  _____
JEFFREY NEDROW
Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant JIMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA, ) No. CR 12-00725-EJD
)
Plaintiff, ) [PROPOSED] ORDER ON STIPULATION
) TO CONTINUE STATUS CONFERENCE
vs. ) AND EXCLUDING TIME
)
DAEMON MICHAEL JIMERSON, )
)
Defendant. )

# [PROPOSED] ORDER

1. Mr. Jimerson has been indicted for possessing methamphetamine with the intent to distribute, in violation of 21 U.S.C. § 841 (a)(1).

2. A status conference before this Honorable Court has been scheduled for November 5, 2012, at 1:30 p.m.

3. Counsel needs additional time to receive and review the discovery materials, and to meet and to discuss the case with Mr. Jimerson.

4. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

1  18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from November 5, to November 26, 2012, is
2  excluded pursuant to section § 3161 (h)(7)(A).
3      5.  The status hearing in this matter shall be continued from November 5, to November
4  26, 2012.
5      IT IS SO ORDERED.

7  Dated: 11/2/2012                    _____
                                        HON. EDWARD J. DAVILA
8                                       United States DISTRICT Judge

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
NO. CR 12-00725-EJD                    4