STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
DAEMON MICHAEL JIMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00725-EJD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| vs. | |
| DAEMON MICHAEL JIMERSON, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Jeffrey Nedrow, and Defendant DAEMON MICHAEL JIMERSON ("Mr. Jimerson"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from June 3 to July 1, 2013, at 1:30 p.m.

1. Mr. Jimerson has been charged in a single count indictment with a violation of 21 U.S.C. § 841 (a)(1).

2. A status conference before this Honorable Court has been scheduled for June 3, 2013, at 1:30 p.m.

1

3. Counsel for Mr. Jimerson has raised an issue that the Government needs to investigate before the parties can properly resolve the case. Since the issue in question could significantly affect the disposition of Mr. Jimerson's case, the parties believe that the requested continuance is warranted.

4. Mr. Jimerson respectfully requests that the status hearing be continued as requested, and agrees to the exclusion of time from June 3 to July 1, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

5. Accordingly, the parties request that the status hearing be continued from June 3 to July 1, 2013, at 1:30 p.m.

IT IS SO STIPULATED.

                                      Respectfully submitted,

                                      STEVEN G. KALAR
                                      Federal Public Defender

                                      _____/s/_____
Dated: May 30, 2013            ROBERT M. CARLIN
                                      Assistant Federal Public Defender

                                      UNITED STATES ATTORNEY

Dated: May 30, 2013            _____/s/_____
                                      JEFFREY NEDROW
                                      Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant
DAEMON MICHAEL JIMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00725-EJD |
| Plaintiff, | [PROPOSED] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE |
| vs. | |
| DAEMON MICHAEL JIMERSON, | |
| Defendant. | |

**[PROPOSED] ORDER**

1. Mr. Jimerson has been charged in a single count indictment with a violation of 21 U.S.C. § 841 (a)(1).

2. A status conference before this Court has been scheduled for June 3, 2013, at 1:30 p.m.

3. Counsel for Mr. Jimerson has raised an issue that the Government needs to investigate before the parties can properly resolve the case. Since the issue in question could significantly affect the disposition of Mr. Jimerson's case, the parties believe that the requested continuance is

warranted.

4. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from June 3 to July 1, 2013, is excluded pursuant to section § 3161 (h)(7)(A).

5. The status hearing in this matter shall be continued to July 1, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated: 5/30/213

HON. EDWARD J. DAVILA
United States District Judge